Thomas Lether, WSBA #18089
Kevin J. Kay, WSBA #34546
1808 Westlake Avenue N., Suite 100
Seattle, WA 98109
206.467.5444
tlether@letherlaw.com
kkay@letherlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| STILLWATER INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN BAXTER, an individual; AND SOMPO AMERICA INSURANCE COMPANY, a foreign insurer.<br><br>Defendants. | No. 2:22-cv-279-MKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST AUSTIN BAXTER WITHOUT PREJUDICE** |

Plaintiff, Stillwater Insurance Company by and through their attorneys of record, Lether Law Group, hereby voluntarily dismiss Defendant Austin Baxter WITHOUT prejudice and without fees or cost to either party.

DATED this 14th day of February, 2023.

//

NOTICE OF VOLUNTARY DISMISSAL OF
CLAIMS AGAINST AUSTIN BAXTER
WITHOUT PREJUDICE - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

LETHER LAW GROUP

*s/ Kevin J. Kay*
Thomas Lether, WSBA #18089
Kevin J. Kay, WSBA #34546
1808 Westlake Avenue N., Suite 100
Seattle, WA 98109
P: 206.467.5444
tlether@letherlaw.com
kkay@letherlaw.com
*Attorneys for Plaintiff Stillwater Insurance Company*

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST AUSTIN BAXTER WITHOUT PREJUDICE - 2**