FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STILLWATER INSURANCE COMPANY, a foreign insurer,<br><br>    Plaintiff,<br><br>  v.<br><br>AUSTIN BAXTER, an individual; and SOMPO AMERICA INSURANCE COMPANY, a foreign insurer,<br><br>    Defendants. | No. 2:22-cv-000279-MKD<br><br>ORDER ON NOTICES OF DISMISSAL<br><br>**ECF Nos. 5, 6** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal of Claims against Austin Baxter Without Prejudice, ECF No. 5, and Notice of Voluntary Dismissal of Claims against Sompo America Insurance Company With Prejudice, ECF No. 6. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing parties serve answers or motions for summary judgment. The notice may be for

ORDER ON NOTICES OF DISMISSAL - 1

dismissal with or without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i). No party has filed an answer or motion for summary judgment.

Accordingly, **IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal of Claims against Austin Baxter Without Prejudice, **ECF No. 5**, all claims against Defendant Austin Baxter are **DISMISSED without prejudice**, without an award of fees or costs.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal of Claims against Sompo America Insurance Company With Prejudice, **ECF No. 6**, all claims against Defendant Sompo America Insurance Company are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** the file.

DATED February 14, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER ON NOTICES OF DISMISSAL - 2